833

District. Certiorari denied. *Morris Lavine* for petitioner.

No. 235. ROBINSON *v.* ALABAMA. Court of Appeals of Alabama. Certiorari denied.

No. 238. HUDSPETH COUNTY CONSERVATION AND RECLAMATION DISTRICT No. 1 ET AL. *v.* ROBBINS ET AL. C. A. 5th Cir. Certiorari denied. *Thurman Arnold* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *Fred W. Smith* for Robbins et al.; and *Eugene T. Edwards* for Lovelady et al., and *Frederic K. Gray* for Thompson et al., respondents.

No. 239. HOMEDALE TRACTOR & EQUIPMENT Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Oscar W. Worthwine* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling, Dominick L. Manoli* and *Nancy M. Sherman* for respondent.

No. 240. CARROLL VOCATIONAL INSTITUTE ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Owen George* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States. *Jacob M. Lashly* and *Paul B. Rava* filed a brief, as *amici curiae,* for the General Trades School, Inc. et al., supporting petitioners.

No. 241. KLEIN ET AL., SURVIVING TRUSTEES, *v.* EQUITY INVESTMENT Co. C. A. 3d Cir. Certiorari denied. *Ed-*

834

ward H. Cushman for petitioners. Jo~~seph W. Henderson~~ and Thomas F. Mount for respondent~~s.~~

No. 242. HILLCREA EXPORT & IMPORT CO., INC. ET AL. v. UNIVERSAL INSURANCE CO. C. A. 2d Cir. Certiorari denied. Alfred B. Nathan for petitioners. M~~artin Detels~~ and Vincent L. Leibell, Jr. for respondent.

No. 243. BUTLER v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO. Supreme Court of California. Certiorari denied. Alvin Gershenson for petitioner.

No. 244. RIVERCLIFF CO., INC. v. LINEBARGER ET AL., DOING BUSINESS AS LINEBARGER CONSTRUCTION CO., ET AL. Supreme Court of Arkansas. Certiorari denied. William H. Donham for petitioner. E. C~~has Eichenbaum~~ and Edward L. Wright for respondents.

No. 245. KESSLER v. FAUQUIER NATIONAL BANK, ADMINISTRATOR, ET AL. Supreme Court of Appeals of Virginia. Certiorari denied. Marcus Borchardt for petitioner. John A. K. Donovan, Corn~~elius H. Doherty~~ and Philip N. Brophy for respondents.

No. 247. UNITED STATES v. SOUTHEASTERN OIL FLORIDA, INC. ET AL. Court of Claims. Certiorari denied. Solicitor General Soboloff for ~~the United States~~. J. Franklin Fort for respondents.

No. 248. UNITED STATES v. CLAPP. Court of Claims. Certiorari denied. Solicitor General Soboloff for the